### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LISBETH GONZÁLEZ CAMACHO,<br><br>    Plaintiff<br><br>    v.<br><br>HEWLETT PACKARD, PAUL T. HARGEN; DAVID TRABAL; RICK GOODWIN<br><br>    Defendants | CIVIL NO.: 12-1607 (FAB) |

**MOTION INFORMING AMENDMENT TO THE COMPLAINT**

**TO THE HON. FRANCISCO A. BESOSA:**

Plaintiff, Lisbeth González Camacho, through the undersigned counsel, very respectfully informs:

1. On September 28, 2012, defendants filed a Motion to Dismiss Docket Entry ("DE" 4) and their Answer to Complaint (DE 5).

2. Plaintiff hereby submits her Amended Complaint as a matter of course within the time afforded by and pursuant to Fed. R. Civ. P. 15(a)(1)(B).

**WHEREFORE**, this Honorable Court should take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of October, 2012.

Certificate of Filing: We hereby certify that on this date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record**.**

**GONZÁLEZ MUÑOZ LAW OFFICES, P.S.C.**
P.O. Box 9024055
San Juan, PR 00902-4055
Tel. (787) 766-5052
Fax (787) 766-5551
polonorteprlaw@gmail,com
jrgmlaw@gmail.com

*s/Juan Rafael González Muñoz*
JUAN RAFAEL GONZÁLEZ MUÑOZ
USDCPR No. 202312

**LAW OFFICE OF CARLOS M. VERGNE**
24 Mariana Bracetti St., 2nd Floor
San Juan, PR 00918
Tel. (787) 753-3799
Fax (787) 759-8429
e-mail: carlosvergne@aol.com

*s/Carlos M. Vergne Vargas*
CARLOS M. VERGNE
USDCPR No. 209611