# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LISBETH GONZÁLEZ CAMACHO,<br><br>   Plaintiff<br><br>     v.<br><br>HEWLETT PACKARD, ET AL<br><br>   Defendants | CIVIL NO.: 12-1607 (FAB) |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

TO:  HON. FRANCISCO A. BESOSA:

     COME NOW all parties in the above captioned case, through their undersigned attorneys, and most respectfully state as follows:

1. A Settlement Agreement has been reached between the parties.  Said agreement disposes of the present case in its entirety.

2. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the voluntary dismissal, with prejudice, of all of Plaintiff's claims against all Defendants.

3. The parties agree that they will not seek additional costs or legal fees against the other parties.

4. An essential condition of the agreement is its confidentiality.  For that reason, the parties respectfully request from the Honorable Court to order that the terms and conditions of the same remain strictly confidential.

WHEREFORE, it is respectfully requested that this Honorable Court take note of the dismissal of this action and that a judgment be entered dismissing the case with prejudice, without the imposition of costs or attorneys' fees.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of March, 2013.

RESPECTFULLY SUBMITTED.

**CERTIFICATE OF SERVICE:** We hereby certify that on this date, the undersigned attorneys have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys for all parties.

**GONZALEZ MUÑOZ LAW OFFICES, PSC**
P.O. Box 9024055
San Juan, P.R. 00902-4055
Tel. 787-766-5052
Fax 787-766-5551
polonorteprlaw@gmail.com
jrgmlaw@gmail.com

*s/ Juan Rafael Gonzalez Muñoz*
Juan Rafael Gonzalez Muñoz
USDC-PR No. 202312

**LAW OFFICE OF CARLOS M. VERGNE**
24 Mariana Bracetti St., 2nd Floor
San Juan, Puerto Rico 00918
Tel. 787-753-3799
Fax 787-759-8429
carlosvergne@aol.com.

*s/ Carlos M. Vergne Vargas*
Carlos M. Vergne Vargas
USDC-PR No. 209611

**BAERGA & QUINTANA**
Counsel for Defendants
Union Plaza Building Suite 810
Ponce de Leon Avenue 416
San Juan, Puerto Rico 00918-3426
Tel. 753-7455  Fax 756-5796
info@bqlawoffices.com

*S/ Fernando A. Baerga-Ibáñez*
Fernando A. Baerga Ibáñez
USDC PR No. 213311
fbaerga@bqlawoffices.com

*S/ Carlos R. Ramírez*
Carlos R. Ramírez
USDC PR No. 213201
cramirez@bqlawoffices.com