```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO
```

LISBETH GONZALEZ-CAMACHO,

    **Plaintiff**,

           **v.**             **Civil No**. 12-1607 (FAB)

HEWLETT PACKARD, *et al.*,

    **Defendants.**

## JUDGMENT

In accordance with the Order entered today (Docket No. 32), this case is **DISMISSED WITH PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 6, 2013.

                                    s/ Francisco A. Besosa  
                                    FRANCISCO A. BESOSA  
                                    UNITED STATES DISTRICT JUDGE